## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:20-CV-20195-UU

Plaintiff:
**DEBORAH DAVIS**

vs.

Defendant:
**CANES BAR & GRILL OF SOUTH FLORIDA, INC. D/B/A SANDBAR GRILL**

For:
Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
1825 Nw Corporate Blvd.
Suite 110
Boca Raton, FL 33431

Received by OJF SERVICES, INC. on the 17th day of January, 2020 at 9:41 am to be served on **CANES BAR & GRILL OF SOUTH FLORIDA, INC. D/B/A SANDBAR GRILL C/O ZACHARY S. MCWILLIAMS, P.A. REGISTERED AGENT, 5975 SUNSET DRIVE, #801, MIAMI, FL 33143**.

I, GREG SCHULTE, do hereby affirm that on the **21st day of January, 2020** at **12:15 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TERRY PERRIN** EMPLOYEE OF ZACAHRY S. MCWILLIAMS, PA at the address of: **5975 SUNSET DRIVE, #801, MIAMI, FL 33143** as **registered agent** for **CANES BAR & GRILL OF SOUTH FLORIDA, INC. D/B/A SANDBAR GRILL C/O ZACHARY S. MCWILLIAMS, P.A. REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2020001055

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DATE: 1/2  TIME: 12:15?
INITIALS: C   ID #: MS

DEBORAH DAVIS )
)
)
)
_____ )
Plaintiff(s) )
v. )   Civil Action No.   1:20-cv-20195-UU
)
CANES BAR & GRILL OF SOUTH FLORIDA, INC, )
d/b/a SANDBAR GRILL )
)
)
_____ )
Defendant(s) )

Terry
Perrin
for
TM
RA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CANES BAR & GRILL OF SOUTH FLORIDA, INC,
d/b/a SANDBAR GRILL
Reg Agent:Zachary S. McWilliams, P.A.
5975 SUNSET DR
#801
Miami, FL 33143

OJF SERVICES, INC.
954.929.4215
WWW.OJFSERVICES.COM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAUREN N WASSENBERG
1825 NW Corporate Drive Suite 110
Boca Raton, Florida 33431
WASSENBERGL@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/16/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier A.
Deputy Clerk
U.S. District Courts

1055